Anthony Fredrick THRASH *v.* STATE of Arkansas

715 S.W.2d 447

Supreme Court of Arkansas
Opinion delivered September 22, 1986

*Don E. Glover*, for appellant.

No response.

PER CURIAM. Appellant, Anthony Frederick Thrash, by his attorney has filed for a rule on the clerk.

His attorney, Don E. Glover, admits that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See our Per Curiam opinion dated February 5, 1979, In Re: Belated Appeals in Criminal Cases, 265 Ark. 964.

A copy of this opinion will be forwarded to the Committee on Professional Conduct.